# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAW INDUSTRIES, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF EDUCATION,
RECOVERY SCHOOL DISTRICT AND
ADVANCED ENVIRONMENTAL
CONSULTING, INC.

NO.  2021 CW 0642

OCTOBER 5, 2021

---

In Re:    The Louisiana Department of Environmental Quality and
          Dwight Bradshaw, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 676,874.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

WRIT DENIED.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT